| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| CAROLYN A. DYE (SBN 97527)<br>Law Office of Carolyn A. Dye<br>Suite 1045<br>Los Angeles, CA 90010-1901<br>Telephone: 213/368-5000<br>Facsimile: 213/368-5009<br><br>*Attorney for* Sam S. Leslie | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>MANMOHAN SINGH BIRING,<br><br>Debtor(s). | |
|---|---|
| MANMOHAN SINGH BIRING, (SAM S. LESLIE as Real Party in Interest)<br>Plaintiff(s). | CHAPTER: 7<br>CASE NO.: 2:07-bk-21006-SB |
| vs. | ADVERSARY NO.: 2:09-ap-01702-SB |
| ARUNPAL SEHGAL, SEGHAL MEDICAL CORPORATION, a California corporation, SAM S. LESLIE, Chapter 7 Trustee,<br>Defendant(s). | DATE: 11/17/09<br>TIME: ~~10:00 a.m.~~ 11:00 a.m.<br>PLACE: Courtroom 1575 |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served? ☐ Yes  [X] No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☐ Yes  [X] No

3. Have all motions addressed to the pleadings been resolved? ☐ Yes  [X] No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☐ Yes  [X] No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below *(or on attached page)*: On November 3, 2009 Sam S. Leslie substituted in as real party in interest and will pursue the action as plaintiff

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009
F 7016-1.1
F701611

00001

F 7016-1.1

| In re                          | CHAPTER:       7              |
|                                | CASE NO.: 2:07-bk-21006-SB    |
| MANMOHAN SINGH BIRING,         |                               |
|                     Debtor(s). | ADVERSARY NO.: 2:09-01702     |

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
       Plaintiff      Defendant

   April 2010      June 2010

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
       Plaintiff      Defendant

   See Section F      Same

3. When do you expect to complete your discovery efforts?
       Plaintiff      Defendant

   March 2010      Same

4. What additional discovery do you require to prepare for trial?
       Plaintiff      Defendant

   Deposition of Parties      Same, plus written discovery

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
       Plaintiff      Defendant

   Unknown at this time      Same

2. How many witnesses do you intend to call at trial (including opposing parties)?
       Plaintiff      Defendant

   Unknown at this time      Same

3. How many exhibits do you anticipate using at trial?
       Plaintiff      Defendant

   Unknown at this time      Same

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      F 7016-1.1

00002

F 7016-1.1

| In re                          | CHAPTER:     7                  |
|                                | CASE NO.: 2:07-bk-21006-SB      |
| MANMOHAN SINGH BIRING,         |                                 |
|                      Debtor(s).| ADVERSARY NO.: 2:09-01702       |

**D.   PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference _X_ (is)/ ___ (is not) requested. | Pre-trial conference ___ (is)/ ___ (is not) requested. |
| Reasons: _____ | Reasons: _____ |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set <u>after</u>: | Pre-trial conference should be set <u>after</u>: |
| (date) <u>Discovery Cut-Off</u> | (date) May 15, 2010 |

**E.   SETTLEMENT:**

1. What is the status of settlement efforts?   Previous global Ninth Circuit mediation was not successful.

2. Has this dispute been formally mediated?   [X] Yes   [ ] No
   If so, when? May 2009 (in global settlement effort which failed)

3. Do you want this matter sent to mediation at this time?

   **Plaintiff**              **Defendant**
   [ ] Yes  [X] No            [ ] Yes  [X] No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

00003

| In re | | CHAPTER: 7 |
|---|---|---|
| | MANMOHAN SINGH BIRING, | CASE NO.: 2:07-bk-21006-SB |
| | Debtor(s). | ADVERSARY NO.: 2:09-01702 |

**F.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

In May, 2009, the parties engaged in settlement negiotiations through the services of the 9th Circuit Court of Appeal's mediation program. All issues were on the table, but Debtor Biring's claims against Sehgal were diminishing as negotiation issues as the statute of limitations under state law were quickly approaching. This action was filed prophylactically by the Debtor, so as to not lose the claims against Sehgal.

The action was not served. Sehgal and his medical corporation voluntarily answered the Complaint.

After the Court did not approve the settlement reached between Biring and the Trustee, Trustee determined to substitute into this action as the real party in interest.

Respectfully submitted,

Dated: 11/3/09                                    Dated: _____

Law Office of Carolyn A. Dye                     _____
*Firm Name*                                       *Firm Name*

By: [signature]                                   By: _____

Name: Carolyn A. Dye                              Name: _____

Attorney for: Sam S. Leslie                       Attorney for: _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

00004

F 7016-1.1

| In re                     | CHAPTER: 7                    |
|---------------------------|-------------------------------|
| MANMOHAN SINGH BIRING,    | CASE NO.: 2:07-bk-21006-SB    |
| Debtor(s).                | ADVERSARY NO.: 2:09-01702     |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*
Mr. Leslie states:

In May, 2009, the parties engaged in settlement negiotiations through the services of the 9th Circuit Court of Appeal's mediation program. All issues were on the table, but Debtor Biring's claims against Sehgal were diminishing as negotiation issues as the statute of limitations under state law were quickly approaching. This action was filed prophylactically by the Debtor, so as to not lose the claims against Sehgal.

The action was not served. Sehgal and his medical corporation voluntarily answered the Complaint. (Dr. Sehgal and Seghal Medical Corporation join in this statement.)

After the Court did not approve the settlement reached between Biring and the Trustee, Trustee determined to substitute into this action as the real party in interest.

Dr. Sehgal and Seghal Medical Corporation state:

1. The statutes of limitations have run on most of the claims for relief; an appropriate motion will be filed to address this issue.
2. Sunita Biring is a necessary party who should be joined in the adversary proceeding.
3. The bankruptcy estate has already abandoned the interest (if any) of the bankruptcy estate in the real property.

Respectfully submitted,

Dated: _____    Dated: November 4, 2009

Law Office of Carolyn A. Dye              Bovitz & Spitzer
*Firm Name*                                *Firm Name*

By: _____          By: *J Scott Bovitz*

Name: Carolyn A. Dye                      Name: J. Scott Bovitz

Attorney for: Sam S. Leslie               Attorney for: Dr. Sehgal and Sehgal Medical Corp.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                            F 7016-1.1

00005

| In re: | | CHAPTER: 7 |
|---|---|---|
| MANMOHAN SINGH BIRING, | | |
| | Debtor. | CASE NUMBER: 2:09-ap-01702-SB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 Wilshire Blvd., Suite 1045, Los Angeles, California 90010.

A true and correct copy of the foregoing document described as Trustee's Joint Status Report will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 5, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

J. Scott Bovitz         bovitz@bovitz-spitzer.com
Carolyn A. Dye         trustee@cadye.com
Barry Wegman         barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II.    SERVED BY U.S. MAIL**: On November 5, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows:

Thomas L. Gourde
335 Centennial Way
Suite 200
Tustin, CA 92780

**III.    SERVED BY PERSONAL DELIVERY**: Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on July 10, 2009, I arranged for service of the following person to occur on November 5, 2009, by personal delivery as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Samuel L. Bufford            Sam S. Leslie, Chapter 7 Trustee
United States Bankruptcy Judge            6310 San Vicente Blvd.
Bin Outside of Suite 1575                Suite 310
255 East Temple Street                Los Angeles, CA 90048
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 5, 2009

/s/ Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                F 9013-3.1

00006